LAW OFFICES OF ERIK BABCOCK
ERIK BABCOCK (Cal. 172517)
717 Washington St., 2d Floor
Oakland CA 94607
Tel:  (510) 452-8400
Fax:  (510) 201-2084
erik@babcocklawoffice.com

Attorney for Defendant
ERNESTO RODRIGUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:24-cr-00500-YGR (DMR) |
| Plaintiff, | **STIPULATION AND ORDER MODIFYING CONDITIONS OF HOUSE ARREST TO ALLOW DEFENDANT TO SPEND CHRISTMAS WITH CHILDREN** |
| v. | |
| ERNESTO RODRIGUEZ, JR., | |
| Defendant. | |

Mr. Rodriguez was placed on house arrest on October 9, 2025.  His current conditions require him to stay at his residence except for work.

Mr. Rodriguez has four daughters between the ages of 5 and 11 years of age.  He is requesting that he be allowed to spend Christmas Eve and Christmas Day with his children at the house of Josephina Rodriguez.  Three of Mr. Rodriguez's daughters (11, 5 and 4 years of age), will be present at that home for some or all of Christmas Eve and Christmas Day.

The parties therefore stipulate and agree that the conditions of Mr. Rodriguez's house arrest be modified to allow him to leave his home on December 24 and December 25, 2025 beginning at

///

///

8:00 a.m. to spend time with his children. He must return to his home no later than 9:00 p.m. both days.

Pretrial Services agrees to this requested modification.

DATED: December 18, 2025

/S/ _____
NICHOLAS PARKER

Assistant U.S. Attorney

DATED: December 18, 2025

/S/ _____
ERIK BABCOCK

Attorney for Defendant
ERNESTO RODRIGUEZ, JR.

**ORDER**

Good cause appearing, **IT IS SO ORDERED.**

DATED:  December 19, 2025

_____
HON. DONNA M. RYU
Chief Magistrate Judge